IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY GORDON
ADC #176469                                                                            PLAINTIFF

v.                              No: 3:22-cv-87-DPM

JOHN DOWING, Lieutenant,
North Central Unit, ADC                                                          DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Gordon hasn't paid the filing fee or filed a properly completed application to proceed *in forma pauperis*. The time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2022