IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY GORDON
ADC #176469                                                                    PLAINTIFF

v.                              No: 3:22-cv-87-DPM

JOHN DOWING, Lieutenant,
North Central Unit, ADC                                                        DEFENDANT

## JUDGMENT

Gordon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2022